Mark J. Rosenberg
Debra Bodian Bernstein
Christopher M. Tumulty
**TARTER KRINSKY & DROGIN LLP**
1350 Broadway
New York, New York 10018
Telephone:  212-216-8000
Facsimile:  212-216-8001
mrosenberg@tarterkrinsky.com
dbernstein@tarterkrinsky.com
ctumulty@tarterkrinsky.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE FASHION EXCHANGE LLC,<br><br>    Plaintiffs,<br><br>-against-<br><br>HYBRID PROMOTIONS, LLC, et al.,<br><br>    Defendants. | Civil Action No. 14-cv-01254 (SHS)<br><br>**NOTICE OF MOTION FOR**<br>**SUMMARY JUDGMENT** |

  **PLEASE TAKE NOTICE,** that upon the accompanying Declaration of Mark J. Rosenberg, dated September 28, 2015, including all the exhibits annexed thereto; Declaration of Jarrod Dogan, dated September 28, 2015, including all the exhibits annexed thereto; Defendants' Memorandum of Law in Support of Its Motion for Summary Judgment, dated September 28, 2015; Defendants' Local Rule 56.1 Statement of Undisputed Facts, dated September 28, 2015; Defendants Hybrid Promotions, LLC ("Hybrid"), Jarrod Dogan, Gavin Dogan and Jeff Caldwell (collectively, the "Hybrid Defendants") will move this Court before the Honorable Sidney H. Stein, at the United States District Courthouse, Southern District of New York, 500 Pearl Street, New York,  New York  10007, on a date and time to be designated by the Court, for an Order,

pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in favor of the Defendants, (i) barring Plaintiff's claims on the grounds of laches, (ii) deeming that Hybrid's rights in its HYBRID marks are superior to Plaintiff's rights in the Asserted Marks or in the alternative, that Plaintiff, as a matter of law, cannot establish superior trademark rights, and (iii) dismissing Plaintiff's claims against all of the Defendants, along with such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      September 28, 2015

                                     **TARTER KRINSKY & DROGIN LLP**

                                    By: /s/ Mark J. Rosenberg
                                          Mark J. Rosenberg
                                          Debra Bodian Bernstein
                                          Christopher M. Tumulty