USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE FASHION EXCHANGE LLC,

                    Plaintiff,

   -against-

HYBRID PROMOTIONS, LLC, *ET AL.*,

                    Defendants.

---

14-Cv-1254 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    It is HEREBY ORDERED that:

    1.    The primary defendants will respond to plaintiff's discovery requests as to actual confusion and sales relating to the retailer defendants, with respect to all of defendants' trademarks at issue in this case;

    2.    As to the retailer defendants, discovery on the remaining issues, besides actual confusion and sales, will be permitted against a group of eight retailers. The parties will agree on which eight and inform the Court of their agreement by letter on or before December 1, 2017. If the parties are unable to agree, plaintiff will choose four and defendants will choose four;

    3.    Revised document requests and interrogatories shall be served on or before December 8, 2017;

    4.    The last day for the completion of fact discovery, with the exception of depositions, is March 1, 2018; and

5.  There will be a status conference on January 4, 2018, at 2:00 p.m. If any discovery disputes arise, the parties shall notify the Court in writing on or before December 21, 2017 as to the nature of the disputes and the position of each party.

Dated:  New York, New York
        November 17, 2017

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.