Scott Zarin, Esq.
Zarin & Associates, P.C.
244 West 102nd Street, #3B
New York, New York 10025
scottzarin@copyrightrademarkcounsel.com
Tel: (212) 580-3131 * Fax: (212) 580-4393

February 21, 2020

**Via ECF**

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *The Fashion Exchange LLC v. Hybrid Promotions, LLC*/S.D.N.Y. 14-1254

Dear Magistrate Judge Wang:

    I represent Plaintiff The Fashion Exchange LLC ("Plaintiff") in the above-referenced action.

    In compliance with the Court's directive at a conference on January 21, 2020 and its memorialization of that directive in an order following that conference (Doc. No. 366), I write on behalf of Plaintiff and Defendants to inform the Court that at this time Plaintiff does not intend to move to compel the depositions of the employees of Retailer Defendants which Plaintiff noticed in October, 2018. Thank you.

Sincerely,

/s/Scott Zarin

Scott Zarin, Esq

cc: Mark J. Rosenberg, Esq. (via ECF)