UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE FASHION EXCHANGE LLC,

              Plaintiff,

v.

HYBRID PROMOTIONS, LLC, *ET AL.*,

              Defendants.

---

14-Cv-1254 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    Defendants' motion for partial summary judgment (ECF No. 375) is dismissed as moot on the grounds that defendants have subsequently filed an amended motion for partial summary judgment (ECF No. 380).

Dated:   New York, New York
         November 24, 2020

SO ORDERED:

Sidney H. Stein, U.S.D.J.