UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE FASHION EXCHANGE LLC,

                Plaintiff,

     v.

HYBRID PROMOTIONS, LLC, *ET AL.*,

                Defendants.

14-Cv-1254 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

     It is HEREBY ORDERED that all briefing on plaintiff's two motions for summary judgment dated August 19, 2022 (ECF Nos. 423, 425) is stayed until further notice. Plaintiff is directed to respond to defendants' motion to strike (ECF No. 430) by Friday, September 2, 2022.

Dated:  New York, New York
         August 24, 2022

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.