UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
THE FASHION EXCHANGE LLC, :
:
                        Plaintiff, :        14-CV-1254 (SHS) (OTW)
:
         -against- :        **ORDER**
:
HYBRID PROMOTIONS, LLC, et al., :
:
                        Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Status Conference on November 9, 2022. (ECF 441). As discussed at the conference, Plaintiff's motion for Summary Judgment on the likelihood of confusion and liability is no longer stayed. *See* ECF 425, 432. Defendants' Opposition to Plaintiff's Motion for Summary Judgment on the likelihood of confusion and liability, and Defendants' Cross-Motion for Summary Judgment, is due **December 23, 2022**. Plaintiff's reply is due **January 27, 2023**. Defendant's reply is due **February 17, 2023**.

For the reasons discussed at the status conference, Plaintiff's request to re-open discovery is **DENIED**. *See* ECF 445.

**SO ORDERED.**

                                                                *s/ Ona T. Wang*

Dated: November 9, 2022                                **Ona T. Wang**
       New York, New York                         United States Magistrate Judge