UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FASHION EXCHANGE LLC,<br><br>                        Plaintiff,<br><br>        v.<br><br>HYBRID PROMOTIONS, LLC, *ET AL.*,<br><br>                        Defendants. | 14-cv-1254 (SHS)<br><br>OPINION |

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that given the pendency of the appeal at the Second Circuit, as well as defendants' pending motion for attorneys' fees and costs under 15 U.S.C. § 1117(a), 28 U.S.C. § 1927 and Fed. R. Civ. P. 54(d), the status conference in this case set for December 12, 2023, at 4:30 p.m. is adjourned sine die.

Dated:   New York, New York
            December 1, 2023

SO ORERED:

_____
Sidney H. Stein, U.S.D.J.