UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

THE FASHION EXCHANGE, LLC,  :  14-cv-1254 (SHS)

          Plaintiff,  :

    -v-  :  ORDER

HYBRID PROMOTIONS, LLC, ET AL.,  :

          Defendants.  :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

    On November 13, 2023, plaintiff The Fashion Exchange, LLC filed "Plaintiff's Amended Notice of Appeal" [Doc. No. 484]. That same day defendants moved to strike "Plaintiff's Amended Notice of Appeal" [Doc. No. 486]. On July 11, 2024, the U.S. Court of Appeals for the Second Circuit dismissed plaintiff's appeal [Doc. No. 492]. Accordingly,

    IT IS HEREBY ORDERED that defendants' motion to strike plaintiff's Amended Notice of Appeal [Doc. No. 486] is dismissed as moot.

Dated: New York, New York
       August 5, 2024

                                  SO ORDERED:

                                  Sidney H. Stein, U.S.D.J.