UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE FASHION EXCHANGE LLC,<br><br>                Plaintiff,<br><br>v.<br><br>HYBRID PROMOTIONS, LLC, *ET AL.*,<br><br>                Defendants. | 14-Cv-1254 (SHS)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

    The Court is in receipt of defendants' request for attorney's fees and costs (ECF No. 502) and the supporting declaration and the exhibit thereto. (ECF No. 503). Defendants are hereby ordered to serve a copy of their submission and this Order upon The Fashion Exchange by certified mail on or before December 9, 2024.

    In accordance with Local Rule 6.1(b), the last day for The Fashion Exchange to file any response to defendants' application is December 23, 2024.

Dated: New York, New York
         December 4, 2024

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.