## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

THE FASHION EXCHANGE LLC,

               Plaintiff,

      v.

HYBRID PROMOTIONS, LLC, *et al.*,

               Defendants.

No. 1:14-cv-01254 (SHS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated July 10, 2025 (ECF 506), judgment is GRANTED to Defendants and their counsel, Tarter Krinsky & Drogin and against Plaintiff in the amount of $1,099,146.45 in attorney's fees.

Dated: _October 24, 2025_

_____
HON. SIDNEY H. STEIN, U.S.D.J.